UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

PSM IP Limited, a British Virgin )
Islands Corporation, )
 )
      Plaintiff, )
 )
vs. ) Case No. 3:08-135
 )
Peninsula Components, Inc. d/b/a )
Pencom, a California Corporation )
 )
      Defendant. )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

    PSM IP Limited     who is     Plaintiff    ,
(Name of party)               (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
      ( ) Yes        (X) No

2. Does party have any parent corporations?
      (X) Yes        ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent
    corporations:  PSM Investments Limited, PSM Holding Limited, Fasteners Holding Guernsey Limited, EQT Greater China II Limited as General Partner of

<u>EQT GC II GP LP as General Partner of EQT Greater China II Limited Partnership</u>

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
    ( ) Yes          (X) No
If yes, identify all such owners:_____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
    ( ) Yes          (X) No
If yes, identify entity and nature of interest:_____
_____

    /s/ Jon Berkelhammer                      March 26, 2008
(Signature)                                                         (Date)

(02/01)