AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____NCWD_____ on the following  **X** Patents or ☐ Trademarks:

| DOCKET NO.<br>3:08cv135 | DATE FILED<br>3/26/2008 | U.S. DISTRICT COURT<br>NCWD |
|---|---|---|
| PLAINTIFF<br>  PSM IP Limited | | DEFENDANT<br>  Peninsula Components, Inc. d/b/a Pencom |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **See Attached Complaint** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>  Frank G. Johns by Kyndra Griffin | (BY) DEPUTY CLERK | DATE<br>3/26/2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| PSM IP LIMITED, a British Virgin Islands Corporation,<br>        Plaintiff,<br>v.<br><br>PENINSULA COMPONENTS, INC., d/b/a PENCOM, a California Corporation,<br>        Defendant. | Civil Action No.<br><br>Jury Demand |

## COMPLAINT FOR PATENT INFRINGEMENT

For its Complaint, Plaintiff PSM IP Limited alleges:

1. Plaintiff PSM IP Limited ("Plaintiff PSM") is a corporation existing under the laws of the British Virgin Islands, having an address of Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands.

2. Upon information and belief, Defendant Peninsula Components, Inc. d/b/a Pencom ("Defendant PENCOM") is a California corporation, having a business address at 6012 Old Pineville Road, Unit E, Charlotte, North Carolina, 28217.

3. This is an action arising under the Patent Laws of the United States, United States Code, Title 35. This Court has subject matter jurisdiction over this dispute under 28 U.S.C. §§1331 and 1338(a). This Court has personal jurisdiction over Defendant PENCOM because, among other reasons, Defendant PENCOM has an office in Charlotte, North Carolina and has committed acts of patent infringement within the State of North Carolina by selling infringing products to customers located in Charlotte, North Carolina and throughout the United States.

4. Plaintiff is the owner of all rights, title and interest to United States Patent No. Re. 34,928 (the "'928 patent"), entitled "Screw Threaded Fasteners," which issued on May 25, 1995. A copy of the '928 patent is attached as Exhibit A.

5. Plaintiff PSM is and has been manufacturing and selling screw threaded fasteners embodying the invention of the '928 patent.

6. Plaintiff PSM affixes the required statutory notice on products sold by it under the '928 patent.

7. Upon information and belief, Defendant PENCOM has been and still is infringing the '928 patent by making, using, selling and offering for sale as Part No. TWZ-440--224 screw threaded fasteners that embody the invention covered by the '928 patent.

8. Defendant PENCOM's infringement has been and continues to be willful and deliberate.

9. Defendant PENCOM's conduct has caused great, immediate and irreparable harm and damage to Plaintiff PSM. Unless enjoined by the Court, Defendant PENCOM's conduct will continue to cause great, immediate and irreparable harm and damage to Plaintiff PSM.

WHEREFORE, Plaintiff PSM prays:

A. For judgment of infringement of the '928 patent for Plaintiff PSM against Defendant PENCOM;

B. For an order preliminarily and permanently enjoining Defendant PENCOM, its officers, directors, agents, servants, employees, and attorneys and all those in active concert or participation with it from further acts of infringement of the '928 patent, pursuant to 35 U.S.C. §283;

C. That Defendant PENCOM be ordered to file with this Court, and serve on Plaintiff PSM's counsel, within thirty (30) days of service of said injunction upon prayer A above, a report in writing under oath setting forth in detail the manner and form in which Defendant PENCOM has complied with the injunction;

D. For an accounting and an award of damages adequate to compensate Plaintiff PSM for Defendant PENCOM's infringement of the '788 patent, pursuant to 35 U.S.C. §§284 and 285, along with costs and prejudgment interest for the amount of damages determined;

E. For a finding that this case is "exceptional" entitling Plaintiff PSM to an award of reasonable attorney's fees, pursuant to 35 U.S.C §285, and for a finding that Defendant PENCOM's infringement is willful entitling Plaintiff PSM to an increase of damages up to three times the amount found or assessed, pursuant to 35 U.S.C. §284;

F. That all infringing articles be surrendered to Plaintiff PSM; and

G. For such other and further relief as this Court may deem just and equitable.

**JURY TRIAL DEMANDED UNDER F.R.C.P. RULE 38**

Plaintiff PSM IP Limited demands a trial by jury.

Respectfully submitted, this the 26th day of March, 2008.

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. State Bar No. 10246

SMITH MOORE LLP
300 N. Greene Street, Suite 1400
Post Office Box 21927
Greensboro, NC 27420
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
E-mail:jon.berkelhammer@smithmoorelaw.com



USOORE34928E

# United States Patent [19]
## Highfield

[11] E Patent Number: Re. 34,928
[45] Reissued Date of Patent: May 2, 1995

[54] **SCREW THREADED FASTENERS**

[75] Inventor: **Anthony M. Highfield,** Madeley, England

[73] Assignee: **P.S.M. International PLC,** West Midlands, England

[21] Appl. No.: **905,545**

[22] Filed: **Jun. 25, 1992**

### Related U.S. Patent Documents

Reissue of:
[64] Patent No.: **4,941,788**
    Issued: **Jul. 17, 1990**
    Appl. No.: **358,127**
    Filed: **May 30, 1989**

[30] **Foreign Application Priority Data**

Aug. 3, 1988 [GB] United Kingdom ............... 8818414

[51] Int. Cl.$^6$ ........................................... F16B 37/00
[52] U.S. Cl. ............................ 411/178; 411/180; 411/453
[58] Field of Search ............... 411/178, 180, 453, 456, 411/513, 530, 451, 452, 455, 412, 413, 509, 510, 504–506; D8/382, 385, 397

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 287,820 | 1/1987 | Bullen et al. | D8/385 |
| D. 323,287 | 1/1992 | Brunetti | D8/385 |
| D. 323,288 | 1/1992 | Brunetti | D8/385 |
| 475,407 | 5/1892 | Marsh | 411/453 |
| 1,022,106 | 4/1912 | Murphy | 411/455 X |
| 3,129,444 | 4/1964 | Kahn | 411/180 X |
| 3,130,503 | 4/1964 | Rosan | 411/180 X |
| 3,242,962 | 3/1966 | Dupree | 411/180 |
| 3,727,254 | 4/1973 | Tildesley | 411/180 X |
| 4,046,181 | 9/1977 | Barnsdale | 411/455 X |
| 4,818,165 | 4/1989 | Shirai | 411/178 |
| 4,842,462 | 6/1989 | Tildesley | 411/180 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2055272 | 7/1971 | Germany. | |
| 54443 | 11/1911 | Switzerland | 411/456 |
| 0000885 | 4/1861 | United Kingdom | 411/456 |
| 0844644 | 8/1960 | United Kingdom | 411/453 |
| 1279452 | 6/1972 | United Kingdom | 411/180 |
| 1314061 | 4/1973 | United Kingdom | 411/178 |
| 2039660 | 8/1980 | United Kingdom. | |

#### OTHER PUBLICATIONS

Dodge Heli–Coil Designer's Manual; ©1984.
Thermosonics Corp. advertisement circa 1985 of Symmetrisert II.
Modern Plastics Jun. 1988, p. 355; advertisement of UNISERT.

Primary Examiner—Lloyd A. Gall
Attorney, Agent, or Firm—Learman & McCulloch

[57] **ABSTRACT**

A screw threaded insert to be installed in for example thermoplastic material by ultrasonic vibrations applied to the insert is double-ended and comprises a main helically ribbed portion separated from a minor portion formed with teeth or projections aligned with helical ribs, and a pilot portion. The pilot portion is to locate the insert in a performed bore in the required orientation of insertion, the toothed portion displaces material in complementary grooves, so as to facilitate travel of the insert into the material and ensure good filling of the inter-rib spaces.

**11 Claims, 1 Drawing Sheet**



**U.S. Patent**     May 2, 1995     Re. 34,928



Re. 34,928

# SCREW THREADED FASTENERS

Matter enclosed in heavy brackets 〚 〛 appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

## BACKGROUND

This invention relates to screw threaded fasteners of the kind known in the trade as inserts which are primarily intended to be pressed into objects made of synthetic resinous materials e.g. with the aid of ultrasonic vibrations applied to the fasteners. This causes the material to flow locally. A pilot bore is provided in the object, and the insert has a pilot portion at one end which is received in the bore and serves to locate and position the fastener as it begins the installation movement.

United Kingdom Patent 1279452 is a well known example of a fastener of this kind, having two axially spaced generally cylindrical bands separated from one another and from the pilot by peripheral grooves, and the two bands are each provided with helically extending teeth or ribs of sawtooth configuration which may be produced for example by knurling. The two sets are of opposite hand, i.e. one set spiral clockwise towards the pilot and the other set anticlockwise. The roots of the teeth, i.e. the minimum diameter at the base of the intertooth grooves, may be approximately equal to the diameter of the pilot and of the peripheral groove between the two bands.

During installation, the object material is displaced by the teeth and flows to fill, partly or wholly, the intertooth grooves and the peripheral grooves. This serves to provide axial and angular hold against pull-out and torque loads.

United Kingdom Patent 2039660 shows one fastener generally similar to that in United Kingdom Patent 1279452, and another which is double-ended in having pilot portion at each end. These fasteners are modified to suit insertion methods using heat as well as or instead of ultrasonic vibrations. That is to say such a fastener may be ultrasonically inserted or heat inserted.

The double-ended form is especially suitable for automatic installation from bowl feeders in which the fasteners are shaken out to process along a track to the installation point, because it avoids the necessity for orientation means to ensure that the pilot portion leads rather than trails. However it has been found experimentally that the double-ended ones will only accept lower loads. The object of the invention is to provide an improved higher load bearing double-ended fastener.

## SUMMARY

According to the invention a double-ended fastener is symmetrical about a mid-point on its longitudinal axis, has a pilot portion at each end, an encircling groove next to each pilot portion, a minor toothed portion next to said groove, a second like groove next to said minor toothed portion, and a major toothed portion next to said second groove and extending towards said midpoint.

In design situations where there is no torque load or the angular screw-out forces are known in terms of direction, the two major toothed portions may be parts of a single toothed band extending over the major part of the length of the fastener. Typically the teeth will then be a righthand set spiralling clockwise away from the viewed end of the fastener. Then, force applied for example to a screw engaged with a female screwthread in the bore of the fastener will tend to force the insert further into the material. This is usually acceptable and in fact prevented by the object which has a blind bore to receive the fastener.

In other situations there may be two major bands separated by a central main peripheral groove and then the two bands will be toothed of opposite hand.

Preferably the pilots are frusto-conical with the smaller end of the frusto cone at the fastener end, and of a shallow angle of conicity, for example 15 deg. to the longitudinal axis.

Preferably the minor bands are of a steeper angle of conicity for example 45 deg. The large diameter ends of the minor bands, adjacent to the major band(s) may be of like diameter to the major bands. Preferably also the teeth are formed by knurling operations and in manufacture the knurling wheels are traversed across the major and adjacent minor bands in the same direction in such case and this can produce pointed teeth on the minor bands aligned helically with the splined teeth on the major bands. It is thought that these teeth may be responsible for ensuring particularly good fill of the peripheral grooves and thus particularly good performance in relation to what is theoretically possible from any particular design.

The grooves nearest the fasteners ends may be of smaller diameter than the small diameter of the pilots: the other two or three grooves may be of the same diameter as the small end of the pilots.

A suitable order to dimensions is for the axial length of the pilot, minor band and both adjacent grooves each to be generally similar to one another, and the total of the four dimensions to be similar to that of the major band, where two major bands are provided, or of half the length of the major band where there is only one.

## DRAWINGS

Both versions are illustrated in the accompanying informal drawings wherein:

FIG. 1 is an elevation of one fastener and
FIG. 2 of another.

## DESCRIPTION

Turning now to FIG. 1, the fastener therein illustrated is of generally circular cross section over the whole of its length. It is symmetrical about a plane P which is normal to the axis A. Each end is provided with a pilot portion 10 which is of shallow frustoconicity, the angle alpha being of the order of 15 deg. The pilot portion is separated from an adjacent toothed band 12,36, by a peripheral groove 14,20. The groove is of smaller diameter than the dimension 16 at the small end of the frusto-conical pilot portion. The axial dimension of 10,12,14,18,20,22 and 36 are all approximately similar to one another. The total axial dimension 24 is approximately equal to the axial dimension 26 of a major toothed portion. The two toothed portions shown as 28 and 30 on FIG. 1 are separated by the groove 32.

It will be understood that the fastener of FIG. 1 has a female screwthreaded bore to provide an anchorage for a screw, and that bore and it screw-thread extends continuously through the whole of the length of the insert. *The bore is shown in dash lines in FIGS. 1 and 2.*

3

The band 28 is helically ribbed or toothed so that in section on the line 34—34 normal to the length of the ribs it is of sawtooth configuration with possibly symmetrically related flanks. Those teeth or ribs are aligned with comparable teeth on the band 12. Conveniently, in manufacturing the fastener, a knurl wheel is employed after forming the insert to its profile, and the wheel contacts the area of the band 28 and the band 12 so as to form both sets of teeth or ribs simultaneously. This alignment of the teeth on the two bands is thought to be important in installation as more particularly explained herein. Because the band 12 is frusto-conical, the teeth formed thereon are not continuously helically extending ribs as they are on the band 28, but are more of the nature of pyramidal individual teeth generally radiating from the fastener.

In the case of the band 30 and its adjacent band 36 at the opposite end of the fastener to the band 28 its adjacent band 12, exactly the same applies except that the band 30 is helically ribbed in opposite direction of helix angle, but again the teeth on the band 36 are aligned with those on the band 30 as they were between the band 28 and the band 12. Again the teeth on the band 30 and those on the band 36 are formed with a single knurling operation across the two so that the teeth are aligned with the ribs.

The fastener shown in FIG. 2 differs only from that in FIG. 1 in that a single central band 40 is provided with the spirally extending ribs which are aligned with the teeth in the bands 42 44 and again produced by a single pass of knurling wheel.

In installation, the fastener is inserted into a prepared and usually blind hole in the for example thermoplastic workpiece, and the typical workpiece arrangement is illustrated in broken lines in FIG. 2. It will be seen that the maximum diameter of the frusto-conical inserted pilot is a close fit in the bore of the performed hole and the frusto-conical band 44 (in this case) rests on the rim of the hole so as to support the fastener so that its axis is aligned and co-extensive with the axis of the hole. The fastener is then pressed into the workpiece with accompanying ultrasonic vibrations applied, so as to cause the thermoplastic material to flow. The effectively individual spur-like teeth on the band 44, due to the frusto-conical shape immediately begin to create channels or grooves in the plastics body, and as the adjacent end of the main toothed band 40 encounters the face 46 of the body, the ribs or teeth on the part 40 automatically align with those channels. The helix angle causes the insert to rotate, which is permitted by the installation apparatus, so that effectively the insert "screws itself" into the wokrpiece.

The material displaced from the channels flows into the intertooth spaces and into rib spaces on the various parts of the fastener and further flows into the peripheral grooves. The hardened or re-set material, after the fluidising force such as the vibrations or heat is removed grips and embraces the fastener providing resistance to pull-out and screw-out torque loads.

A generally similar procedure is followed in the case of the FIG. 1 fastener during installation, except that in this case, the entry of the second band 30 into the material results in a series of ribs or opposite helicity which results in the cutting of fresh channels extending transversely in relation to the already existing channels left by the progression of the helix band 28. It is believed that there is a particular tendency for this to be resisted by the material which is of only limited fluidity, and this

4

encourages filling of the central groove 32 in this embodiment, thus providing improved pull-out resistance in the installed fastener. However when the groove 32 is substantially completely filled, the displacement caused by the ribs on the band 30 ensures at least part-filling of the inter-rib channels on that part and at least part-filling of the following peripheral grooves. It will be appreciated in this case, the resistance to turning in both directions is provided by the oppositely angled helix teeth.

I claim:

1. A double ended fastener which is symmetrical about a mid-point on its longitudinal axis, comprising:
   (a) a pilot portion at each end;
   (b) an encircling groove next to each pilot portion;
   (c) a minor toothed portion next to said groove *and having helical teeth*;
   (d) a second like groove next to said minor toothed portion; and
   (e) a major toothed portion next to said second groove and extending towards said mid-point, *said major toothed portion having helical teeth*, the fastener having a female screw-threaded bore provided over the whole of its length.

2. A fastener as claimed in claim 1 wherein a pair of major toothed portions are provided which are symmetrically located with respect to said mid-point, and are separated by a peripheral encircling groove.

3. A fastener as claimed in claim 2 wherein said major toothed portions are helically ribbed in opposite directions of helix angle.

4. A fastener as claimed in claim 2 wherein the encircling groove at the mid-point has a diameter which is substantially the same as a diameter of the encircling groove between the major toothed portion and the minor toothed portion.

5. A fastener as claimed in claim 1 wherein each minor toothed portion is frusto-conical with the minor dimension of the frusto-cone located towards the adjacent end of the fastener and the major dimension adjacent said major toothed portion.

6. A fastener as claimed in claim 1 wherein each pilot portion is frusto-conical with the minor dimension of the frusto-cone located at the extreme end of the fastener and the major dimension adjacent said minor toothed portion.

7. A fastener as claimed in claim 6 wherein the minor dimension of each pilot portion greater than the diameter of the adjacent encircling groove and the diameter of the latter is substantially equal to the minor dimension of the frusto-conical minor toothed portion.

8. A double-ended fastener which is symmetrical about a midpoint on its longitudinal axis, comprising:
   (a) a pilot portion at each end;
   (b) an encircling groove next to each pilot portion;
   (c) a minor toothed portion next to said groove;
   (d) a second like groove next to said minor toothed portion; and
   (e) a pair of major toothed portions which are symmetrically located with respect to said midpoint and are separated by a peripheral encircling groove, wherein the encircling groove at the midpoint has a diameter which is substantially the same as the diameter of the encircling groove between the major toothed portion and the minor toothed portion.

5

[9. A double-ended fastener which is symmetrical in profile about a midpoint on its longitudinal axis, the fastener comprising:
(a) a pilot portion at each end;
(b) an encircling groove next to each pilot portion;
(c) a minor toothed portion next to each encircling groove;
(d) a second like groove next to each minor toothed portion; and
(e) a major toothed portion extending between the second grooves and symmetrical in profile about the midpoint, the fastener having a female screw-threaded bore provided over the whole of its length.]

[10. A fastener as claimed in claim 9 wherein said major toothed portion is helically ribbed.]

11. *A double ended fastener which is symmetrical in profile about a midpoint on its longitudinal axis, said fastener comprising:*
*(a) a pilot portion at each end of said fastener;*
*(b) an encircling groove next to each of said pilot portions;*
*(c) a minor toothed portion next to each of said grooves, each of said minor toothed portions having helical teeth;*
*(d) a second encircling groove next to each of said minor toothed portions;*
*(e) a major toothed portion between said second grooves, said major toothed portion having helical teeth, the helix of the teeth of each of said minor toothed portions extending in the same direction as the helix of the teeth of the adjacent major toothed portion and the teeth of each of said minor toothed portions being helically aligned with the teeth of the adjacent major toothed portion; and*
*(f) an internal screw-threaded bore extending over the whole of the length of said fastener.*

6

12. *A double-ended fastener which is symmetrical about a midpoint on its longitudinal axis; said fastener comprising:*
*(a) a pilot portion at each end of said fastener;*
*(b) an encircling groove next to each of said pilot portions;*
*(c) a minor toothed portion next to each of said grooves, each of said minor toothed portions having helical teeth;*
*(d) a second encircling groove next to each of said minor toothed portions;*
*(e) a pair of major toothed portions provided between said second grooves and separated by another encircling groove, each of said major toothed portions having helical teeth; and*
*(f) an internal screw-threaded bore extending over the whole of the length of said fastener.*

13. *A double-ended fastener which is symmetrical about a midpoint on its longitudinal axis, said fastener comprising:*
*(a) a pilot portion at each end of said fastener;*
*(b) an encircling groove next to each of said pilot portions;*
*(c) a minor toothed portion next to each of said grooves, each of said minor toothed portions having helical teeth;*
*(d) a second encircling groove next to each of said minor toothed portions;*
*(e) a pair of major toothed portions provided between said second grooves and separated by another encircling groove, each of said major toothed portions having helical teeth, the helix of the teeth of the major toothed portions extending in opposite directions, the helix of the teeth of each minor toothed portion extending in the same direction as the helix of the teeth of the respective adjacent major toothed portion, and the teeth of each minor toothed portion being helically aligned with the teeth of the respective adjacent major toothed portion; and*
*(f) an internal screw-threaded bore extending between the ends of said fastener.*

* * * * *

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PSM IP LIMITED, a British Virgin Islands Corporation

## DEFENDANTS
PENINSULA COMPONENTS, INC. d/b/a PENCOM, a California Corporation

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address and Telephone Number)
Jon Berkelhammer
Smith Moore LLP
PO Box 21927
Greensboro, NC 27420        (336) 378-5200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury – Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer.w/Disabilities-Employment
- [ ] 446 Amer.w/Disabilities-Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [X] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Section 271, et seq.

Brief description of cause:
claim for patent infringement

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASES IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: March 26, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/Jon Berkelhammer

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**     **(a) Plaintiffs-Defendants**. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**    **Residence (citizenship) of Principal Parties**. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**     **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**    **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**.          Example:     U.S. Civil Statute: <u>47 USC 553</u>
                                             Brief Description: <u>Unauthorized reception of cable service</u>

**VII**.   **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.