IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO:  3:08cv135

| | |
|---|---|
| PSM IP LIMITED, a British Virgin Islands Corporation,<br>    Plaintiff,<br><br>v.<br><br>PENINSULA COMPONENTS, INC., d/b/a PENCOM, a California Corporation,<br>    Defendant. | **AFFIDAVIT OF SERVICE** |

JON BERKELHAMMER, being first duly sworn, deposes and says:

1. I am attorney of record for the plaintiff in the above-captioned action.

2. On or about March 26, 2008, a copy of a Summons and Complaint was deposited with Federal Express for mailing, return receipt requested, addressed to Peninsula Components, Inc. d/b/a Pencom, by and through its Registered Agent William A. Gardiner, III, 1300 Industrial Road, Suite 21, San Carlos, CA  94070.

3. The Federal Express package containing the Summons and Complaint was served on Peninsula Components, Inc. d/b/a Pencom, or their agent, on March 27, 2008, as evidenced by the Summons and Federal Express tracking receipt attached thereto and incorporated herein by reference both attached as Exhibit A.

This the 28th day of March, 2008.

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. State Bar No. 10246

SMITH MOORE LLP
300 N. Greene Street, Suite 1400
Post Office Box 21927
Greensboro, NC 27420
Telephone: (336) 378-5200
Facsimile:  (336) 378-5400
E-mail:jon.berkelhammer@smithmoorelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:07cv380

| | |
|---|---|
| JAN ARPS and JAN ARPS' TRADERS' TOOLBOX, LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>SHELDON E. STUNKEL and BSG TRADERS LLC,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document to the following noon CM/ECF participant:

    Peninsula Components, Inc. d/b/a Pencom
    William A. Gardiner, III, Registered Agent
    1300 Industrial Road, Suite 21
    San Carlos, CA  94070

This the 28th day of March, 2008.

    /s/ Jon Berkelhammer
    Jon Berkelhammer
    N.C. State Bar No. 10246

    SMITH MOORE LLP
    300 N. Greene Street, Suite 1400
    Post Office Box 21927
    Greensboro, NC 27420
    Telephone: (336) 378-5200
    Facsimile:  (336) 378-5400
    E-mail:jon.berkelhammer@smithmoorelaw.com

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| PSM IP Limited, a British Virgin Islands Corp <br> Plaintiff <br> v. <br> Peninsula Components, Inc. d/b/a Pencom <br> Defendant | ) <br> ) <br> ) Civil Action No. 3:08-135 <br> ) <br> ) |

**Summons in a Civil Action**

To:  Peninsula Components, Inc. d/b/a Pencom
        *(Defendant's name)*

A lawsuit has been filed against you.

Jon Berkelhammer
Smith Moore LLP
PO Box 21927
Greensboro, NC 27420
Attorney for Plaintiff

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



Date   3/26/2008

Frank G. Johns, Clerk
United States District Court

# Tommi Shaw

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, March 27, 2008 1:56 PM
**To:** Jon Berkelhammer
**Subject:** FedEx Shipment 625667539732 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | SMITH MOORE, LLP |
| Name: | SMITH MOORE |
| E-mail: | oce-gso@smithmoorelaw.com |
| Message: | This service provided  by Oce. |

---

Our records indicate that the following  shipment has been delivered:

| | |
|---|---|
| Reference: | 5009449.1/JON   BERKELHAMMER |
| Ship (P/U) date: | Mar 26, 2008 |
| Delivery date: | Mar 27, 2008 10:50   AM |
| Sign for by: | P.PRIMITIVO |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard  Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 625667539732 |

Shipper Information
SMITH MOORE
SMITH MOORE, LLP
300 N GREENE ST;SUITE 1100
GREENSBORO
NC
US
27401

Recipient Information
WILLIAM A. GARDINER III
PENINSULA COMPONENTS,INC.
1300 INDUSTRIAL ROAD;STE 21
SAN CARLOS
CA
US
94070

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:55 PM  CDT on 03/27/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=625667539732
&language=en&opco=FX&clientype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1