IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PSM IP Limited, a British Virgin Islands Corp. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:08-135 |
| | ) |
| Peninsula Components, Inc. d/b/a/ Pencom | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION AND (PROPOSED) ORDER**

WHEREAS, Defendant's time to respond to Plaintiff's Complaint is April 18, 2008, according to Federal Rule of Civil Procedure 12(a)(1)(A)(i);

WHEREAS, Plaintiff and Defendant agree that Defendant's time to respond to the Complaint may be extended two weeks, so that Defendant's response will be submitted no later than May 2, 2008.

NOW THEREFORE IT IS HEREBY ORDERED as follows:

Defendant Peninsula Components, Inc., is permitted an extension of time to respond to Plaintiff PSM IP's Compliant until May 2, 2008.

The parties herein consent to the above:

Dated: April 18, 2008
/s/ Jon Berkelhammer
Jon Berkelhammer
Smith Moore LLP
300 N. Greene Street, Suite 1400
PO Box 21927
336-378-5200
jon.berkelhammer@smithmoorelaw.com

Attorneys for Plaintiff

1

Dated: April 14, 2008

Andrew J. Weill
Benjamin, Weill & Mazer
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, CA 94104
weill@bwmlaw.com
415-421-0730

Attorneys for Defendant

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PSM IP Limited, a British Virgin Islands Corp. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Peninsula Components, Inc. d/b/a/ Pencom ) <br> ) <br> Defendant. ) | Civil Action No. 3:08-135 |

Upon motion of Plaintiff, PSM IP Limited, a British Virgin Islands Corp., and Defendant Peninsula Components, Inc. d/b/a Pencom ("Pencom") and for good cause shown, it is hereby ORDERED that Pencom have a two week extension of time to serve an answer or other responsive pleading in this matter through and including May 2, 2008.

Dated: April _____, 2008.

_____

Clerk, U.S. District Court