IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08-CV-00135-RJC-DCK

| | |
|---|---|
| **PSM IP LIMITED**, a British Virginia Islands Corp.,<br><br>Plaintiff,<br><br>v.<br><br>**PENINSULA COMPONENTS, INC. d/b/a PENCOM**,<br><br>**Defendant.** | **ORDER** |

Upon consent motion of Plaintiff, PSM IP Limited, a British Virgin Islands Corp., and Defendant, Peninsula Components, Inc. D/b/a Pencom ("Pencom"), and for good cause shown, it is hereby ORDERED that Pencom have a two week extension of time to serve an answer or other responsive pleading in this matter through and including **May 2, 2008**.

Signed: April 18, 2008

_____
David C. Keesler
United States Magistrate Judge