IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PSM IP Limited, a British Virgin Islands Corp. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Peninsula Components, Inc. d/b/a/ Pencom ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:08-135 |

**CONSENT MOTION AND (PROPOSED) ORDER**

WHEREAS, Defendant's time to respond to Plaintiff's Complaint was April 18, 2008, according to Federal Rule of Civil Procedure 12(a)(1)(A)(i);

WHEREAS, Plaintiff and Defendant previously agreed that Defendant's time to respond to the Complaint would be extended until May 2, 2008, to permit the parties to discuss settlement outside the litigation process, which the Court Ordered April 18, 2008;

WHEREAS, the parties continue to discuss a resolution of PSM's claims, and have scheduled a settlement conference at Defendant Pencom's offices on May 15, 2008;

WHEREAS, Plaintiff and Defendant agree that, in light of the parties' efforts to resolve PSM's claims, Defendant's time to respond to the Complaint may be extended through and including May 23, 2008.

NOW THEREFORE IT IS HEREBY ORDERED as follows:

Defendant Peninsula Components, Inc., is permitted an extension of time to respond to Plaintiff PSM IP's Complaint through and including May 23, 2008.

The parties herein consent to the above.

Dated: _____, 2008

/s/ Jon Berkelhammer
Jonathan Berkelhammer
Smith Moore LLP
300 N. Greene Street, Suite 1400
PO Box 21927
336-378-5200
jon.berkelhammer@smithmoorelaw.com

Attorneys for Plaintiff

Dated: April 25, 2008

Andrew J. Weill
Benjamin, Weill & Mazer
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, CA 94104
weill@bwmlaw.com
415-421-0730

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PSM IP Limited, a British Virgin Islands Corp. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Peninsula Components, Inc. d/b/a/ Pencom ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:08-135 |

**ORDER**

Upon motion of Plaintiff, PSM IP Limited, a British Virgin Islands Corp., and Defendant Peninsula Components, Inc., d/b/a/ Pencom ("Pencom") and for good cause shown, it is hereby ORDERED that Pencom have an extension of time to serve and answer or other responsive pleading in this matter through and including May 23, 2008.

Dated: _____, 2008

_____
David C. Keesler
United States Magistrate Judge