IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08-CV-00135-RJC-DCK

| | |
|---|---|
| **PSM IP LIMITED, a British Virgin Islands Corp.,**<br><br>           **Plaintiff,**<br><br>v.<br><br>**PENINSULA COMPONENTS, INC. d/b/a PENCOM,**<br><br>           **Defendant.** | **ORDER** |

    **Upon motion** of Plaintiff, PSM IP Limited, a British Virgin Islands Corp., and Defendant, Peninsula Components, Inc. D/b/a Pencom ("Pencom"), (Document No. 8), and for good cause shown, it is hereby ORDERED that Pencom have an extension of time to serve an answer or other responsive pleading in this matter through and including **May 23, 2008**.

Signed: April 30, 2008

David C. Keesler
United States Magistrate Judge