IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08-CV-00135-RJC-DCK

| | |
|---|---|
| **PSM IP LIMITED, a British Virgin Islands Corp.,**<br><br>                                         **Plaintiff,**<br><br>v.<br><br>**PENINSULA COMPONENTS, INC. d/b/a PENCOM,**<br><br>                                         **Defendant.** | **ORDER** |

    **Upon motion** of Plaintiff, PSM IP Limited, a British Virgin Islands Corp., and Defendant Peninsula Components, Inc., d/b/a Pencom ("Pencom") and for good cause shown, it is hereby ORDERED that Pencom have an extension of time to serve an answer or other responsive pleading in this matter through and including **May 30, 2008**.

    The Court appreciates the efforts of the parties to settle this matter.  However, two previous such extensions have been granted, and thus, further extensions on this basis are unlikely.

Signed: May 23, 2008

David C. Keesler
United States Magistrate Judge