IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:08-CV-00135-RJC-DCK

| | |
|---|---|
| **PSM IP LIMITED, a British Virgin Islands Corp.,**<br><br>                          **Plaintiff,**<br><br>v.<br><br>**PENINSULA COMPONENTS, INC. d/b/a PENCOM,**<br><br>                          **Defendant.** | **ORDER** |

      **Upon motion** of Plaintiff, PSM IP Limited, a British Virgin Islands Corp., and Defendant Peninsula Components, Inc., d/b/a Pencom ("Pencom") and for good cause shown, it is hereby ORDERED that Pencom have an extension of time to serve an answer or other responsive pleading in this matter through and including **June 30, 2008**.

      No further extensions will be granted. The parties are to notify the Court promptly when a Settlement Agreement is executed.

Signed: May 30, 2008

_____
David C. Keesler
United States Magistrate Judge