# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| PSM IP Limited, a British Virgin Islands Corp. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Peninsula Components, Inc. d/b/a/ Pencom ) <br> ) <br> Defendant. ) | Civil Action No. 3:08-135 |

**DEFENDANT'S MOTION TO TRANSFER LOCATION OF TRIAL TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**

PLEASE TAKE NOTICE that Defendant Peninsula Component, Inc., ("Pencom") respectfully moves this Court for a transfer of venue of the above captioned action (the "Action") from this Court to the United States District Court – Northern District Court of California, San Francisco Division. Such transfer is permissible pursuant to 28 U.S.C. § 1404(a).

This Action should be transferred to the United District Court – Northern District of California, San Francisco Division, for the convenience of the witnesses in this Action and in the interest of justice for the following reasons. Until transfer is complete, Defendant requests that all proceedings in this Action should be stayed.

1.      Defendant Pencom is a corporation organized and existing under the laws of the State of California, with its principal place of business in San Carlos, California, located within the Northern District of California. Pencom's executives involved in this

Action, as well as all virtually all Pencom's witnesses in this Action, reside within the Northern District of California.

2. Plaintiff is a corporation organized and existing under the laws of the British Virgin Islands. Plaintiff itself has no physical presence in North Carolina – or in the United States. Plaintiff's lead counsel for this Action are located in Chicago, Illinois.

3. To continue this Action in this Court will result in unnecessary expense as well as personal and business inconvenience on the part of Pencom and Defendant's witnesses.

4. This Court lacks meaningful contact with the activities alleged in the Complaint. Pencom has sold none of Plaintiff's accused parts in North Carolina. Pencom's product and sales activities are managed at its San Carlos, California, headquarters. Pencom's presence in the state of North Carolina is limited to a sales office with three full-time employees who have no involvement with this Action. Less than one-percent (1%) of Pencom's 2007 United States sales were generated by its North Carolina office. Plaintiff alleges the infringing activity, if any, occurred throughout the United States, without claiming any accused parts were sold in North Carolina.

5. The United States District Court – Northern District of California has both personal and subject matter jurisdiction over Pencom for this Action, thereby satisfying the jurisdictional and venue requirements of law as a proper forum for this case in the event of its transfer, under 28 U.S.C. §§ 1391(b) and 1400.

6. Plaintiff will not be prejudiced by a transfer of venue. Transferring location for trial to the Northern District of California will not delay proceedings because the

Action is in its earliest stages. Pencom's Answer is being filed concurrently with this motion. Neither Plaintiff nor Pencom has any ancillary motions pending before this Court.

Defendant's motion to transfer venue and stay proceedings until transfer is complete is based on this document, the attached Memorandum of Points and Authorities, the declaration of William A. Gardiner, Pencom president, and the declaration of Andrew J. Weill, California counsel for Defendant.

This the 26th day of June, 2008.

                                                                            Respectfully submitted,

                                                                            <u>s/ J. Mark Wilson</u>
                                                                            Gregory J. Murphy
                                                                            Bar Number 16458
                                                                            J. Mark Wilson
                                                                            Bar Number 25763
                                                                            Attorneys for Defendant
                                                                            Moore & Van Allen PLLC
                                                                            Suite 4700
                                                                            100 North Tryon Street
                                                                            Charlotte, NC  28202-4003
                                                                            T  704 331 1177
                                                                            F  704 339 5981
                                                                            markwilson@mvalaw.com

# CERTIFICATE OF SERVICE

     J. Mark Wilson, attorney for Defendant Pencom, certifies that he served the foregoing MOTION TO TRANSFER LOCATION OF TRIAL TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT To 28 U.S.C. § 1404(a), MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT, and accompanying Declarations and other attachments, on the 26th day of June, 2008, by using the CM/ECF system to send notification of such filing to the following:

       Jonathan Berkelhammer
       SMITH MOORE LLP
       300 N. Greene Street, Suite 1400
       Greensboro, North Carolina  27420
       Telephone: 336-378-5200
       jon.berkelhammer@smithmoorelaw.com

       Attorneys for Plaintiff


                           s/ J. Mark Wilson