IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:08cv135

| | |
|---|---|
| PSM IP LIMITED, a British Virgin Islands Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENINSULA COMPONENTS, INC., d/b/a PENCOM, a California Corporation,<br><br>Defendant. | **PLAINTIFF PSM IP LIMITED'S RESPONSE TO DEFENDANT'S MOTION TO TRANSFER** |

  Pursuant to Local Rule 7.1(B), Plaintiff PSM IP Limited ("PSM") submits the following in response to Defendant's Motion to Transfer Location of Trial to Northern District of California Pursuant to 28 U.S.C. § 1404(a).

  As a foreign corporation, PSM chose as a jurisdiction within which to litigate its claims one close to its principal place of business and one where personal jurisdiction over Defendant could be maintained. PSM, however, seeks to have its dispute heard in as expeditious and efficient manner as possible. Accordingly, rather than expend the time and costs involved in opposing Defendant's motion, PSM consents to the transfer of this matter to the United States District Court for the Northern District of California.

  This the 14th day of July, 2008.

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. State Bar No. 10246

SMITH MOORE LLP
300 N. Greene Street, Suite 1400
Post Office Box 21927
Greensboro, NC 27420
Telephone: (336) 378-5200
Facsimile:  (336) 378-5400
E-mail:jon.berkelhammer@smithmoorelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:08cv135

| | |
|---|---|
| PSM IP LIMITED, a British Virgin Islands Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENINSULA COMPONENTS, INC., d/b/a PENCOM, a California Corporation,<br><br>Defendant. | **CERTIFICATE OF SERVICE** |

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **J. Mark Wilson,** markwilson@mvalaw.com

This the 14th day of July, 2008.

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. State Bar No. 10246

SMITH MOORE LLP
300 N. Greene Street, Suite 1400
Post Office Box 21927
Greensboro, NC 27420
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
E-mail:jon.berkelhammer@smithmoorelaw.com

3