IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:08cv135

| | |
|---|---|
| PSM IP LIMITED, a British Virgin Islands Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>PENINSULA COMPONENTS, INC., d/b/a PENCOM, a California Corporation,<br><br>        Defendant. | **RULE 26(f) JOINT MOTION AND REPORT** |

Pursuant to Local Rule 16.1 of the United States District Court for the Western District of North Carolina, the parties hereby request permission from the Court to defer the Rule 16 conference, in light of the Plaintiff's consent to the Defendant's Motion to Transfer to the United States District Court for the Northern District of California, until after the matter has been transferred so as to comply with the local rules of the Northern District.  The parties have agreed to this Joint Motion.

This the 17th day of July, 2008.

/s/ Jon Berkelhammer
Jon Berkelhammer
N.C. State Bar No. 10246

SMITH MOORE LLP
300 N. Greene Street, Suite 1400
Post Office Box 21927
Greensboro, NC 27420
Telephone: (336) 378-5200
Facsimile:  (336) 378-5400
E-mail:jon.berkelhammer@smithmoorelaw.com

/s/ J. Mark Wilson
J. Mark Wilson
N.C. State Bar No. 16458

Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202 - 4003
Telephone: (704) 331-1177
Facsimile:  (704) 339-5981
E-mail: markwilson@mvalaw.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:08cv135

| | |
|---|---|
| PSM IP LIMITED, a British Virgin Islands Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENINSULA COMPONENTS, INC., d/b/a PENCOM, a California Corporation,<br><br>Defendant. | **CONSENT ORDER** |

This action is before the Court on the parties Rule 26(f) Joint Motion and Report in which the parties seek to defer the Rule 16 and 26 conference and report in light of the pending unopposed motion to transfer; and it appearing to the Court that the motion should be ALLOWED,

IT IS HEREBY ORDERED AND DECREED that the parties need not conduct a Rule 16 and Rule 26 discovery conference and report under the rules of this Court but may instead await ruling on the motion to transfer and, should the case be transferred, comply with the Rule 16 and Rule 26 obligations imposed by the transferee court.

This the ____ day of July, 2008.

_____
United States Magistrate Judge