# U.S. District Court
## Western District of North Carolina (Charlotte)
### CIVIL DOCKET FOR CASE #: 3:08–cv–00135–RJC–DCK

| | |
|---|---|
| PSM IP Limited v. Peninsula Components, Inc. d/b/a Pencom | Date Filed: 03/26/2008 |
| Assigned to: Chief Judge Robert J. Conrad, Jr | Jury Demand: Defendant |
| Referred to: Magistrate Judge David Keesler | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**PSM IP Limited**     represented by     **Jon A. Berkelhammer**
Smith Moore LLP
300 N. Greene Street
Suite 1400
Greensboro, NC 27401
336/378–5251
Fax: 336/433–7407
Email: jon.berkelhammer@smithmoorelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Peninsula Components, Inc. d/b/a Pencom**     represented by     **J. Mark Wilson**
Moore &Van Allen PLLC
Suite 4700
100 North Tryon Street
Charlotte, NC 28202–4003
704–331–1177
Fax: 704–339–5981
Email: markwilson@mvalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2008 | Ï 1 | COMPLAINT against Peninsula Components, Inc. d/b/a Pencom ( Filing fee $ 350 receipt number 04190000000000503083.), filed by PSM IP Limited. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Berkelhammer, Jon) (Entered: 03/26/2008) |
| 03/26/2008 | Ï 2 | Corporate Disclosure Statement by PSM IP Limited (Berkelhammer, Jon) (Entered: 03/26/2008) |
| 03/26/2008 | Ï | Case Assigned to Chief Judge Robert J. Conrad, Jr and Magistrate Judge David Keesler. *This is your only notice – you will not receive a separate document.*(klg) (Entered: 03/26/2008) |
| 03/26/2008 | Ï 3 | Summons Issued Electronically as to Peninsula Components, Inc. d/b/a |

| | | |
|---|---|---|
| | | Pencom. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (klg) (Entered: 03/26/2008) |
| 03/26/2008 | Ï 4 | REPORT on the Filing of an action. (Attachments: # 1 Complaint) (klg) (Entered: 03/26/2008) |
| 03/28/2008 | Ï 5 | AFFIDAVIT/DECLARATION of Service of Summons and Complaint, filed by PSM IP Limited. Peninsula Components, Inc. d/b/a Pencom served on 3/27/2008, answer due 4/16/2008. (Attachments: # 1 Exhibit A)(Berkelhammer, Jon) (Entered: 03/28/2008) |
| 04/18/2008 | Ï 6 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by PSM IP Limited, Peninsula Components, Inc. d/b/a Pencom. (Attachments: # 1 Proposed Order)(Berkelhammer, Jon). Motions referred to David Keesler. (Entered: 04/18/2008) |
| 04/18/2008 | Ï 7 | ORDER granting 6 Motion for Extension of Time to Answer Peninsula Components, Inc. d/b/a Pencom answer due 5/2/2008. Signed by Magistrate Judge David Keesler on 4/18/2008. (apb) (Entered: 04/18/2008) |
| 04/29/2008 | Ï 8 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by PSM IP Limited, Peninsula Components, Inc. d/b/a Pencom. (Attachments: # 1 Proposed Order)(Berkelhammer, Jon). Motions referred to David Keesler. (Entered: 04/29/2008) |
| 04/30/2008 | Ï 9 | ORDER granting 8 Motion for Extension of Time to Answer Peninsula Components, Inc. d/b/a Pencom answer due 5/23/2008. Signed by Magistrate Judge David Keesler on 4/30/2008. (apb) (Entered: 04/30/2008) |
| 05/22/2008 | Ï 10 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by PSM IP Limited. (Attachments: # 1 Proposed Order)(Berkelhammer, Jon). Motions referred to David Keesler. (Entered: 05/22/2008) |
| 05/23/2008 | Ï 11 | ORDER granting 10 Motion for Extension of Time to Answer Peninsula Components, Inc. d/b/a Pencom answer due 5/30/2008. Signed by Magistrate Judge David Keesler on 5/23/2008. (apb) (Entered: 05/23/2008) |
| 05/30/2008 | Ï 12 | Consent MOTION for Extension of Time to File Answer re 1 Complaint by PSM IP Limited. (Attachments: # 1 Proposed Order Proposed Order)(Berkelhammer, Jon). Motions referred to David Keesler. (Entered: 05/30/2008) |
| 05/30/2008 | Ï 13 | ORDER granting 12 Motion for Extension of Time to Answer Peninsula Components, Inc. d/b/a Pencom answer due 6/30/2008. Signed by Magistrate Judge David Keesler on 5/30/2008. (apb) (Entered: 05/30/2008) |
| 06/26/2008 | Ï 14 | ANSWER to Complaint by Peninsula Components, Inc. d/b/a Pencom.(Wilson, J.) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 15 | MOTION to Transfer to the Northern District of California *Pursuant to 28 U.S.C. 1404(a)* by Peninsula Components, Inc. d/b/a Pencom.Responses due by 7/14/2008. (Wilson, J.) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 16 | MEMORANDUM in Support re 15 MOTION to Transfer to the Northern District of California *Pursuant to 28 U.S.C. 1404(a)* by Peninsula Components, Inc. d/b/a Pencom. (Attachments: # 1 Declaration of Weill, # 2 Declaration of Gardiner, # 3 Exhibit Kilgus case, # 4 Exhibit Simpson |

| | | |
|---|---|---|
| | | case)(Wilson, J.) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 17 | Corporate Disclosure Statement by Peninsula Components, Inc. d/b/a Pencom (Wilson, J.) (Entered: 06/26/2008) |
| 06/26/2008 | Ï | NOTICE pursuant to Local Rule 16.1 you are **required** to conduct an Initial Attorney's Conference within 14 days of receipt of this Notice. At the conference, the parties are **required** to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Local Rules 16.1(A) and 73.1(C). The **Certificate of Initial Attorneys Conference** should be filed within 5 days of the conference. If appropriate, a party may file a Motion to Stay the Initial Attorney's Conference. (ssh) (Entered: 06/27/2008) |
| 07/14/2008 | Ï 18 | RESPONSE to Motion re 15 MOTION to Transfer to the Northern District of California *Pursuant to 28 U.S.C. 1404(a)* by PSM IP Limited. Replies due by 7/28/2008. (Berkelhammer, Jon) (Entered: 07/14/2008) |
| 07/17/2008 | Ï 19 | Joint MOTION for Discovery *to Defer Rule 16 Conference* by PSM IP Limited, Peninsula Components, Inc. d/b/a Pencom.Responses due by 8/4/2008. (Attachments: # 1 Proposed Order)(Berkelhammer, Jon). Motions referred to David Keesler. (Entered: 07/17/2008) |
| 07/17/2008 | Ï 20 | ORDER granting 15 Motion for Transfer of Venue. Signed by Chief Judge Robert J. Conrad, Jr on 7/17/2008. (klg) (Entered: 07/17/2008) |