ANDREW J. WEILL, State Bar No. 073093
weill@bwmlaw.com
CAROLYN M. LEE, State Bar No. 249889
lee@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730

Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PSM IP LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>PENINSULA COMPONENTS, INC.,<br><br>    Defendant. | Case No. 3:08-cv-03464 EDL<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant Peninsula Components, Inc., a California corporation d/b/a Pencom, hereby substitutes the law firm of Benjamin, Weill & Mazer, a Professional Corporation, as its attorneys of record in place of Moore & Van Allen of Charlotte, North Carolina.

Dated: July 23, 2008

PENINSULA COMPONENTS, INC.

_____
By: William A. Gardiner III

SUBSTITUTION OF COUNSEL
CASE NO. 3:08-CV-03464 EDL                                                                 1

We consent to this Substitution:

Dated: July 23, 2008          MOORE & VAN ALLEN

                              _____/s/_____
                              By: J. Mark Wilson

Dated: July 23, 2008          BENJAMIN, WEILL & MAZER
                              A Professional Corporation

                              _____/s/_____
                              By: Andrew J. Weill