DONALD J. McNEIL, ESQ. (SBN 193714)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone:   (312) 357-1313
Facsimile:    (312) 759-5646

Attorney for Plaintiff
PSM IP LIMITED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PSM IP LIMITED,<br><br>          Plaintiff,<br><br>vs.<br><br>PENINSULA COMPONENTS, INC.,<br><br>          Defendant. | Case No. 3:08-cv-03464 EDL<br><br>NOTICE OF<br>SUBSTITUTION OF COUNSEL |

Plaintiff, PSM IP LIMITED, by agreement of its counsel, hereby files this notice of substitution of counsel, and states as follows:

1.  This case was filed in the Western District of North Carolina on March 26, 2008, and was subsequently transferred to the Northern District of California on or about July 18, 2008.

2.  Mr. Jon Berkelhammer of Smith Moore LLP was counsel of record for Plaintiff when the case was pending in North Carolina.

3.  Now that the case has been transferred, PSM IP LIMITED, Mr. Berkelhammer, and Donald McNeil of the law firm of Barnes & Thornburg LLP have reached an agreement that Mr. Berkelhammer and Smith Moore LLP will withdraw as counsel and Mr. McNeil will represent PSM IP LIMITED as attorney of record.

WHEREFORE, PSM IP LIMITED substitutes Donald McNeil of the law firm

Barnes & Thornburg LLP in place of Jon Berkelhammer, as counsel of record for PSM IP LIMITED.

Dated:   August 6, 2008                    PSM IP LIMITED

                                           By: /s/ *Donald J. McNeil*
                                               One of Its Attorneys

Consent:

Dated:   August 6, 2008                    SMITH MOORE LLP

                                           By: /s/ *Jon Berkelhammer*
                                               JON BERKELHAMMER

Dated:   August 6, 2008                    BARNES & THORNBURG LLP

                                           By: /s/ *Donald J. McNeil*
                                               DONALD J. McNEIL