1  DONALD J. McNEIL, ESQ. (SBN 193714)
   BARNES & THORNBURG LLP
2  One North Wacker Drive, Suite 4400
   Chicago, Illinois 60606
3  Telephone:    (312) 357-1313
   Facsimile:    (312) 759-5646
4
   Attorney for Plaintiff
5  PSM IP LIMITED

6                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
7                       SAN FRANCISCO DIVISION

8
   PSM IP LIMITED,                    |   Case No. 3:08-cv-03464 EDL
9                                     |
              Plaintiff,               |
10                                    |   STIPULATED REQUEST
        vs.                           |   FOR ORDER CHANGING TIME
11                                    |   AND ORDER AS MODIFIED
   PENINSULA COMPONENTS, INC.,        |
12 d/b/a PENCOM,                      |
                                      |
13            Defendant.              |
                                      |
14

15        Plaintiff, PSM IP LIMITED, and Defendant, PENINSULA COMPONENTS,

16 INC., d/b/a PENCOM, through their respective counsel, hereby file this Stipulated Request for an

17 Order Changing Time, and state as follows:

18        1.    This case was filed in the Western District of North Carolina on March 26,
19
   2008, and was subsequently transferred to the Northern District of California on or about July 18,
20
   2008.
21
          2.    The parties have been engaged in settlement negotiations over the course of
22
23 the past few months. Settlement now appears to be imminent.

24        3.    For this reason, the parties respectfully seek a sixty-day continuance of all
25
   pending dates in this action.
26
          4.    One previous modification of time has been made in this case since the
27
   time of transfer from the Western District of  North Carolina.  On September 15, 2008, a Clerk's
28

                                          1
   **STIPULATED REQUEST FOR ORDER CHANGING TIME, CASE NO. 3:08-cv-03464 EDL**

Notice issued, which rescheduled the Initial Case Management Conference from October 21, 2008, to October 31, 2008. While the case was pending in the Western District of North Carolina, the parties filed several Consent Motions extending the deadline for the defendant to answer the Complaint from April 16, 2008 to June 30, 2008. The defendant filed its Answer on June 26, 2008.

     5.     The current requested time modification will result in a 60-day continuance as follows:

     (a) The ADR filing deadline, presently set for September 30, 2008, will be continued to December 1, 2008;

     (b) The deadline for the parties to Meet and Confer, presently set for September 30, 2008, will be continued to December 1, 2008;

     (c) The pending deadline for filing a joint case management statement, presently set for October 24, 2008, will be continued to December ~~22~~ 9, 2008; and

     (d) The Initial Case Management Conference, which has been set for October 31, 2008, at 11:00 a.m., will be continued to December ~~22, 2008, at 11:00 a.m.~~ 16, 2008 at 10:00 a.m. or otherwise in accordance with the Court's schedule.

WHEREFORE, PSM IP LIMITED and PENINSULA COMPONENTS, INC., d/b/a PENCOM, respectfully request that this Court grant their Stipulated Request for an Order Changing Time, extending all pending dates for sixty days as set forth in Paragraph 5, above.

Dated: September 29, 2008         PSM IP LIMITED

                                 By: */s/ Donald J. McNeil*
                                       One of Its Attorneys

1                  PENINSULA COMPONENTS, INC.

2

3              By: /s/ *Carolyn M. Lee*
                   One of Its Attorneys

4

5 PURSUANT TO STIPULATION, IT IS SO ORDERED:

6 Dated: September 30, 2008

7

8              By: _____
                 Magistrate Judge Laporte

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]*

*[Seal: United States District Court, Northern District of California]*

3
**STIPULATED REQUEST FOR ORDER CHANGING TIME, CASE NO. 3:08-cv-03464 EDL**